FILED

2020 Mar-19  AM 09:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

## SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-222-1BO(3)

*FILED*

*MAY 3 1 2019*

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ CLK

UNITED STATES OF AMERICA          )
                                  )
            v.                    )     **I N D I C T M E N T**
                                  )
ANIBAL ANDRADE-ZAVALA,            )
     a/k/a "Anival Andrade-Savala" )

The Grand Jury charges:

On or about July 31, 2018, in the Eastern District of North Carolina, the defendant, ANIBAL ANDRADE-ZAVALA, also known as "Anival Andrade-Savala," an alien, was found in the United States after having previously been excluded, deported, and removed from the United States on or about February 2, 2009, at El Paso, Texas, and not having obtained the express consent of the Attorney General, or his successor, to reapply for admission thereto.

[remainder of page intentionally left blank]

1

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

_5-29-2019_
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: LORI B. WARLICK
Special Assistant United States Attorney

2